IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:14-CR-367-B |
| CHEYENNE MILLER | |

## FACTUAL RESUME

The defendant, Cheyenne Miller, has reviewed with his attorney, Ezekiel Tyson, Jr., and acknowledges that he understands in order to establish his guilt for Count Seventeen of the Indictment filed against him, namely Possession of a Controlled Substance (methamphetamine, a Schedule II controlled substance) with Intent to Distribute that Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), the government must prove each of the following elements beyond a reasonable doubt:

First:  That the individual knowingly possessed a mixture or substance containing a detectable amount of methamphetamine;

Second: That the substance was in fact a mixture or substance containing a detectable amount of methamphetamine; and

Third:  That the individual possessed the substance with the intent to distribute it.

Source: Pattern Crim. Jury Instr. 5th Cir. 2.87 (2012).

### Stipulated Facts

Between September 2013 and September 2014, in the Dallas Division of the Northern District of Texas and elsewhere, Cheyenne Miller, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(C).

More specifically, on or about May 21, 2014, Miller sold approximately 28 grams of methamphetamine to an individual. On or about July 5, 2014, Miller possessed approximately 70 grams of methamphetamine. Between in or about September 2013 and in or about September 2014, Miller purchased kilogram quantities of methamphetamine from another individual.

This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support Miller's guilty plea to Count Seventeen set forth in the Indictment.

_____  December 11, 2014
P.J. MEITL                    Date
Assistant United States Attorney
Virginia Bar No. 73215
D.C. Bar No. 502391
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8600
Facsimile: (214) 659-8812
Email: philip.meitl@usdoj.gov

X_____  12-10-14
CHEYENNE MILLER               Date
Defendant

_____  12-11-14
EZEKIEL TYSON, JR.            Date
Attorney for the Defendant

Factual Resume – Page 2