

RECEIVED

FEB 1 7 2016

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2-10-16

To Whom it may concern:

My name is Cheyenne Miller my fed # is 48818-177. The reason that I am writing is to see if I am eligable for the 2 pt reduction for non-viloent drug offenders And for a copy of my docet sheet. I would appreciate a sesponse and at

Federal Correction Complex - Medium
P.O. Box 3000
Forrest City, Ar 72336

Respectfully
Cheyenne Miller

<>48818-177<>

Cheyenne Miller
Pobx3000 Federal Correction Complex-Med
Forrest CITY, AR 72336
United States

MEMPHIS TN 380

11 FEB 2016 PM 4 L

RECEIVED

FEB 17 2016

<>48818-177<>
Att Clerks Office
Room 1452
1100 Commerce ST
Dallas, TX 75242
United States

75242131052

# United States District Court
## Northern District of Texas

*Dallas Division*

2/17/2016

Cheyenne Miller
#48818-177, BOP Forrest City FCI -
Medium
PO Box 3000
Forrest City, AR 72336

Re: Your correspondence received in the U.S. District Clerk's Office on  2/17/2016
Case No./Style:  3:14-cr-00367-B (16), USA v. Pass et al

We are enclosing a courtesy copy of your docket sheet.  Future copies of documents or docket sheets will require prepayment of the copy expense, currently $0.50 per page.

We are not allowed to give legal advice; we can not answer your question regarding your eligibility for the 2 point reduction.

Sincerely,

Deputy Clerk -  twd