U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 4 2016
CLERK, U.S. DISTRICT COURT
By ______________
Deputy

BK

To The Honarable Judge J. Boyle,

My name is Cheyenne Miller Fed# 48818-177. I am writing you to respectfully ask you to appoint the Federal Public Defenders office to represent me on a level 2 reduction. I was told that I had to write the courts and ask the court to appoint me a lawyer to assist me in this Matter. I was also told upon appointment they would zealously represent me. If anyway possible can you please help me with this matter. Your help would be greatly appreciated. My case is. United States V. Pass et al. 3:14-cr-00367-B (16).

Respect fully
Cheyenne Miller

Cheyenne Miller #48818-177
Federeal Correction Complex-Med.
P.O. Box 3000
Forrest City, AR 72336.

⇔48818-177⇔
Cheyenne Miller
Pobx3000 Federal Correction Complex-Med
Forrest CITY, AR 72336
United States

MEMPHIS TN 380
29 FEB 2016 PM 3 L

RECEIVED
MAR - 4 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

⇔48818-177⇔
Att Clerks Office
Room 1452
1100 Commerce ST
Dallas, TX 75242
United States

75242-131052