U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 25 2016
CLERK, U.S. DISTRICT COURT
By _____ PAW _____
      Deputy

United States District Court
for the Northern District of Texas

_Dallas_ Division

**United States of America,**
*Plaintiff,*

v.

_Cheyenne Miller_,
*Defendant.*

Place of Confinement: _Forrest City FCI - Medium_

Prisoner ID Number: _48818-177_

Criminal Case Number: _3:14-CR-367-B-(16)_

### Defendant's Motion and Questionnaire for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)

---

### Instructions - Read Carefully

1. This form motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office, whose address is:

Abilene Division
P.O. Box 1218
Abilene, TX 79604

Amarillo Division
205 E. 5th
Amarillo, TX 79101

Dallas Division
1100 Commerce, Rm 1452
Dallas, TX 75242

Fort Worth Division
501 W. 10th Street
Fort Worth, TX 76102

Lubbock Division
1205 Texas Ave., #C209
Lubbock, TX 79401

San Angelo Division
33 East Twohig
San Angelo, TX 76903

Wichita Falls Division
P.O. Box 1234
Wichita Falls, TX 76307

Page 1 of 4

4.  Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

### Questionnaire

1.  Name and location of court that entered the sentence that you are asking to reduce:

    The United States District Court for the Northern District of Texas Dallas Division.

2.  Date(s) of sentence and judgment of conviction:

    June 25, 2015

3.  Are you currently in prison for this sentence?

    __X__ Yes  _____ No

4.  If so, when is your projected date of release?

    09-06-2027

5.  Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time you would spend in custody. An example of one of these programs is completion of the Residential Drug Abuse Program. Are you participating in one of these programs and, if so, when will you complete the program?

    I am enrolled in RDAP but not currently participating at this time.

6.  Are you currently on supervised release?  _____ Yes  __X__ No

7.  Are you currently in prison because you violated your supervised release?

    _____ Yes  __X__ No

8.  Is your case currently on appeal?  _____ Yes  __X__ No

9.  Offense(s) for which you were convicted (all counts):

    Possession of a Controlled Substance With Intent To Distribute and Aiding and Abetting.

10. Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

    __X__Yes  _____No  _____Don't know

11. In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

    _____Yes  _____No  __X__Don't know

12. Was your sentence based on an agreement with the Government for a specific sentence?

    _____Yes  __X__No  _____Don't know

13. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    I just entered the BOP System in January of 2016. But am signed up to begin some classes and I am also trying to enroll in a Trade class as soon as it becomes available.

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this _14th of March_, 2016.

_Cheyenne Miller_
Signature of Defendant

_Cheyenne Miller_
Printed Name

_48818-177_
BOP No.

_Forrest City FCI - Medium_
Federal Correctional Institution (if applicable)

_P.O. Box 3000_
Address

_Forrest City, AR 72336_
City, State & Zip Code

Page 4 of 4

⇔48818-177⇔
Cheyenne Miller
Pobx3000 Federal Correction Complex-Med
Forrest CITY, AR 72336
United States

RECEIVED
MAR 25 2016
MAILROOM



⇔48818-177⇔
Att Clerks Office
Room 1452
1100 Commerce ST
Dallas, TX 75242
United States

