UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 3:14-CR-367-B (16) |
| | § | |
| CHEYENNE MILLER, #48818-177 | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant moves under 18 U.S.C. § 3582(c) for a reduction of sentence.  Doc. 2178.
Defendant relies on the 2014 retroactive amendments to the United States Sentencing Guidelines,
which reduced the base offense levels applicable to most quantities on the drug and chemical
quantity tables, known as Amendment 782.  Concluding that he is ineligible for a sentence
reduction, the court denies the motion.

Amendment 782 was effective on November 1, 2014, and Defendant was sentenced on June
25, 2015, pursuant to the amended guidelines (the 2014 Guidelines Manual).  *See* Presentence
Report at ¶47.  Thus, §3582(c)(2) is inapplicable and his motion is **denied**.

**SO ORDERED**.

**Signed APRIL 4, 2016.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE