3:14-cr-367                                                                      4-11-16.

To Whom it may concern:

My name is Cheyenne Miller my Fed # is 48818-172. I am writing to ask for a copy of my discovery pack. I am currently at FCI Forrest City med. Thank you for your time.

Federal Correction Complex-med
P.O. Box 3000
Forrest City, AR 72336.

Sincerely,
Cheyenne Miller


RECEIVED
APR 18 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Cheyenne Miller #48818-177
Federal Correction Complex - Medium
P.O. Box 3000
Forrest City, AR 72336

MEMPHIS TN 380
12 APR 2016 PM 2 L

⇨ 48818-177 ⇨
Att Clerks Office
Room 1452
1100 Commerce ST
Dallas, TX 75242
United States

# United States District Court
## Northern District of Texas

*Dallas Division*

April 19, 2016

Cheyenne Miller
#48818-177
BOP Forrest City FCI - Medium
PO Box 3000
Forrest City, AR 72336

Re: Your correspondence received in the U.S. District Clerk's Office on 4/18/2016
Case No./Style:  3:14-cr-00367-B, USA v. Pass et al

The clerk's office is unable to provide the requested discovery pack due the requested item not being on file with the clerk's office. A copy of your docket sheet has been enclosed. If you later discover which item you are seeking, please contact us with the document number and title.

Copies of docket sheet and/or documents require prepayment of the copy expense, currently $0.50 per page.  Certification of copies is an additional $11.00 per document. (Note: The court may direct the clerk to provide copies without cost to an indigent defendant proceeding pro se in a criminal case. However, the granting of in forma pauperis status under 28 U.S.C. § 1915 in a civil case does not entitle a litigant to free copies or services.)

Sincerely,

Deputy Clerk -  A. Lowe